**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6755**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DONALD WHITE, a/k/a Duck,

        Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:15-cr-00037-JPB-JPM-1)

Submitted:  May 30, 2024                                Decided:  July 31, 2024

Before KING, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald White, Appellant Pro Se.  Jennifer Therese Conklin, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald White appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018 ("FSA 2018"), Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239.[*] We have reviewed the record and find no reversible error. *See United States v. Davis*, 99 F.4th 647, 653-55, 657-59, 661 (4th Cir. 2024) (stating standard of review, addressing determinations district court must make to grant relief, and addressing parameters governing district court's consideration of factors raised for relief); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny White's request for appointment of counsel and affirm the district court's order. *United States v. White*, No. 5:15-cr-00037-JPB-JPM-1 (N.D.W. Va. Apr. 28, 2021).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent the district court's order addressed the standard applicable to motions for sentence reduction under § 404(b) of the FSA 2018, *see* 132 Stat. at 5222, we discern from White's motion no request for such relief.

2